**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                        **Case No.: 8:21-mj-01955-CPT-1**

**DE ANNA STINSON**
_____ /

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court

to represent the Defendant, De Anna Stinson, in the above-styled cause.

The Clerk is requested to enter the appearance of Nicole Hardin, Assistant

Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of Percy King Assistant

Federal Defender, as notice counsel for the Defendant.

DATED this 29th day of September, 2021.

Respectfully submitted,

A. FITZGERALD HALL
FEDERAL DEFENDER

_/s Nicole Hardin_
Nicole Hardin, Esq.
Assistant Federal Defender
Bar#:0026194
400 North Tampa Street
Suite 2700

Tampa, FL. 33602
Tel.:   (813) 228-2715
Fax:   (813) 228-2562
Email:        Nicole_Hardin@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September, 2021, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Lisa Thelwell, AUSA

*/s Nicole Hardin*
Nicole Hardin
Assistant Federal Defender