FILED

UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21cr343 SDM-AAS  
     18 U.S.C. § 1958(a)

DEANNA MARIE STINSON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about June 24, 2021, and continuing through on or about September 23, 2021, in the Middle District of Florida, and elsewhere, the defendant,

DEANNA MARIE STINSON,

used a facility of interstate and foreign commerce, with the intent that the murder of Victim 1 be committed in violation of the laws of any State and the United States as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value.

In violation of 18 U.S.C. § 1958(a).

A TRUE BILL,

_____  
Foreperson

KARIN HOPPMANN  
Acting United States Attorney

By: _____  
Lisa M. Thelwell  
Assistant United States Attorney

By: _____  
Carlton C. Gammons  
Assistant United States Attorney  
Chief, Special Victims Section

FORM OBD-34
October 21

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DEANNA MARIE STINSON

INDICTMENT

Violation: 18 U.S.C. § 1958(a)

A true bill,

███████████████
Foreperson

Filed in open court this 13th day of October, 2021.

_____
Clerk

Bail $_____

GPO 863 525