UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, A. Fitzgerald Hall, attorney for De Anna marie Stinson, and hereby enters his appearance on behalf of said defendant in the above-captioned case.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, **De Anna Marie Stinson**, the above-named defendant, do hereby waive my right to be present at arraignment and enter this written plea of not guilty to the charges set out in the indictment filed in this case. I hereby state that I have received a copy of said indictment.

_____          _____
A. Fitzgerald Hall                                        De Anna Marie Stinson
Counsel for Defendant                                 Defendant

Date: 10/21/21

## REQUEST FOR DISCOVERY

COMES NOW, **De Anna Marie Stinson**, by and through undersigned counsel, and hereby gives notice that he requests discovery provided by Rule 16, Federal Rules of Criminal Procedure.

A. Fitzgerald Hall, Esq.
Bar No. 0137138
Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Alec_Hall@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __21st__ day of October 2021, a true and correct copy of the foregoing was furnished by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to the Assistant United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, Florida, 33602.

A. Fitzgerald Hall
Federal Defender

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE