UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The United States of America files this Motion for Extension of Time within which to file a response to the motion filed by defendant De Anna Marie Stinson on October 11, 2021 (Doc. 22). Specifically, the United States moves for an extension until Friday, October 29, 2021, at 12:00 p.m.

On September 22, 2021, U.S. Magistrate Judge Christopher P. Tuite signed a criminal complaint charging defendant De Anna Marie Stinson with solicitation to commit a crime of violence and murder-for-hire, and issued a warrant for her arrest. Docs. 1, 2. The next day, on September 23, 2021, law-enforcement officers arrested the defendant, and she made her initial appearance before the Magistrate Judge. After hearing testimony and considering arguments made by the parties, Judge Tuite ordered that the defendant be detained pending trial. Docs. 6, 10. On October 13, 2021, a federal grand jury returned an indictment charging the defendant with murder-for-hire. Doc. 23.

On October 11, 2021, the defendant filed a motion requesting that the District Court review the pretrial detention order, conduct a new bond hearing, and/or grant pretrial release/bond. Doc. 22. Per 3.01(c) of the Local Rules of the U.S. District

Court for the Middle District of Florida, the United States had until October 25, 2021, to respond to that motion. The United States, however, failed to do so.

On October 18, 2021, undersigned counsel began trial in *United States v. Pulido, et al.*, Case No. 8:20-cr-292-VMC-CPT. *Id*. at Doc. 176. The parties rested on October 27, 2021, and the jury is presently deliberating. Accordingly, the United States respectfully files this motion for extension of time within which to file a response to the defendant's motion.

WHEREFORE, the United States of America, moves for an extension until Friday, October 29, 2021, at 12:00 p.m., within which to file a response to the motion filed by the defendant.

        Respectfully submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:   */s/ Lisa M. Thelwell*
       Lisa M. Thelwell
       Assistant United States Attorney
       Florida Bar No. 100809
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: lisa.thelwell@usdoj.gov

U.S. v. DE ANNA MARIE STINSON           Case No. 8:21-cr-343-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                      */s/ Lisa M. Thelwell*
                                      Lisa M. Thelwell
                                      Assistant United States Attorney
                                      Florida Bar No. 100809
                                      400 N. Tampa Street, Suite 3200
                                      Tampa, Florida 33602-4798
                                      Telephone:  (813) 274-6000
                                      Facsimile:  (813) 274-6358
                                      E-mail:       lisa.thelwell@usdoj.gov