UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:21-cr-343-SDM-AAS

DEANNA MARIE STINSON
_____/

## ORDER

An indictment charges Stinson with murder-for-hire in violation of 18 U.S.C. § 1958 and solicitation to commit a crime of violence in violation of 18 U. S. C. § 373. Under 18 U.S.C. § 3145(b) Stinson moves (Doc. 22) for revocation or amendment of a detention order (Doc. 10) by the magistrate judge. The United States opposes (Doc. 30) Stinson's motion.

After correctly identifying the respective standards of proof the United States must satisfy to show the defendant is a danger to the community and a risk of flight, the magistrate judge considered the factors prescribed in 18 U.S.C. § 3142(g). In considering the statutory factors, the magistrate judge determined, among other things, that the defendant's ties to the Middle District of Florida are mostly weak and ephemeral; that she is a clever, capable, and resolute person, who employed state-of-the-art electronic and other means in her attempt to achieve her felonious ends; that she has financial means sufficient to enable her successful flight; and that she faces strong evidence of her guilt and the prospect of a lengthy term of imprisonment. These findings and others persuaded the magistrate judge, and persuade me, that no

- 2 -

conditions or combination of conditions will reasonably assure Stinson's appearance as required and reasonably ensure the safety of others.

After reviewing the magistrate judge's order, Stinson's motion, the United States' response, and the other matters of record and after listening to the audio recording of the detention hearing, I cannot conclude that the magistrate judge erred in any way in determining the law, finding the facts, or applying the law to the facts.

Stinson's motion (Doc. 22) is **DENIED**, and the magistrate judge's order is **AFFIRMED**.

ORDERED in Tampa, Florida, on November 5, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE