# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

                                            **CASE NO. 8:21-CR-343-SDM-AAS**

**DE ANNA MARIE STINSON.**
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL
## (JANUARY TRIAL CALENDAR)

**COMES NOW**, A. FITZGERALD HALL, counsel for the defendant, DE ANNA MARIE STINSON, and moves this Court to: **CONTINUE TRIAL OF THIS MATTER TO THE JANUARY TRIAL CALENDAR**. As grounds for this motion, undersigned counsel proffers the following:

### BACKGROUND

1. On September 23, 2021, Ms. Stinson was arrested on a criminal complaint for the offenses of solicitation to commit a crime of violence in violation of 18 U.S.C. §373 and murder for hire in violation of 18 U.S.C. § 1958 (Doc. 1).

2. On this same date, Ms. Stinson made her initial appearance before the Court (Doc. 6). Ms. Stinson was ordered detained (Doc. 10). The District Court affirmed the order of detention (Doc. 31)

3. The instant case is currently on the December Trial Calendar, which

1

commences December 6, 2021 (Doc. 27). Last week, undersigned counsel received the discovery in this case and needs additional time to both meet with and review said discovery with Ms. Stinson, who is currently housed at the Pinellas County Jail.

    4. As a result of the above, undersigned counsel is requesting this Court continue the instant trial of this matter from the December Trial Calendar to the January 2022 Trial Calendar.

    5. Undersigned counsel has conferred with AUSA Lisa Thelwell who does not oppose this motion.

    **WHEREFORE**, Ms. Stinson requests this Court continue the instant case to the January 2022 Trial Calendar.

RESPECTFULLY SUBMITTED,

A.FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Federal Defender
Florida Bar Number 0137138
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Alec_Hall@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Office of the United States Attorney, Assistant United States Attorney Susan Huyler, on this 15th day of November 2021.

RESPECTFULLY SUBMITTED,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/:A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Federal Defender
Florida Bar Number 0137138
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Alec_Hall@fd.org