UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-343-SDM-AAS

DEANNA MARIE STINSON

## JOINT STATUS REPORT

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order (doc. 27), the United States herein states as follows:

1.  **Brief summary of the case's status:**

DeAnna Marie Stinson, the defendant, was arrested on a criminal complaint on September 23, 2021. Docs. 1, 2. On that same date, the defendant appeared for her initial appearance. Doc. 6. The court held a detention hearing and ordered the defendant detained. Doc.10.

On October 14, 2021, a federal grand jury returned a one count indictment, charging Stinson with murder-for-hire, in violation of 18 U.S.C. § 1958(a). Doc. 23. The defendant waived her appearance at arraignment. Doc. 25.

The United States provided initial discovery on or about November 9, 2021. Supplemental discovery was provided on December 6, 2021.

2. **Possibility of a plea agreement as to each defendant:**

There is a potential this case could resolve with a plea.

3. **Number of days required for trial, for government's case-in-chief:**

If this case were to proceed to trial, the United States anticipates the government's case-in-chief will last approximately 3 days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions. However, defense counsel intends to file a motion to continue.

5. **Potential speedy trial problems:**

The speedy trial clock began on October 14, 2021 when a federal grand jury returned an indictment. The defendant moved for a continuance on November 15, 2021, which the court granted. Docs. 33 and 34. Thirty-eight days remain on the clock. Since this case is on the January 2021 trial term there is no speedy trial concern.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

                                                  Respectfully submitted,

                                                  KARIN HOPPMANN
                                                  Acting United States Attorney

By:   */s/ Lisa M. Thelwell*
      Lisa M. Thelwell
      Assistant United States Attorney
      Florida Bar No. 100809
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:   (813) 274-6358
      E-mail: lisa.thelwell@usdoj.gov

U.S. v. DeAnna Stinson                              Case No. 8:21-cr-343-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Alec F. Hall, Federal Defender

                                 */s/ Lisa M. Thelwell*
                                 Lisa M. Thelwell
                                 Assistant United States Attorney
                                 Florida Bar No. 100809
                                 400 N. Tampa Street, Suite 3200
                                 Tampa, Florida 33602-4798
                                 Telephone:   (813) 274-6000
                                 Facsimile:    (813) 274-6358
                                 E-mail: lisa.thelwell@usdoj.gov