UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

                            **CASE NO. 8:21-CR-343-SDM-AAS**

**DE ANNA MARIE STINSON**
_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**
**(FEBRUARY TRIAL CALENDAR)**

**COMES NOW**, A. FITZGERALD HALL, counsel for the defendant, DE ANNA MARIE STINSON, and moves this Court to: **CONTINUE TRIAL OF THIS MATTER TO THE FEBRUARY TRIAL CALENDAR**. As grounds for this motion, undersigned counsel proffers the following:

**BACKGROUND AND BASIS**

1. On September 23, 2021, Ms. Stinson was arrested on a criminal complaint for the offenses of solicitation to commit a crime of violence in violation of 18 U.S.C. §373 and murder for hire in violation of 18 U.S.C. § 1958 (Doc. 1).

2. On this same date, Ms. Stinson made her initial appearance before the Court (Doc. 6). Ms. Stinson was ordered detained (Doc. 10). The District Court affirmed the order of detention (Doc. 31)

3. The instant case is currently on the January Trial Calendar, which

1

commences January 3, 2022 (Doc. 36). Undersigned counsel has received the discovery in this case and has reviewed the same with Ms. Stinson, who is currently housed at the Pinellas County Jail. Ms. Stinson has indicated to undersigned counsel that she is going to plead guilty in this case without a plea agreement. Undersigned counsel has advised the Government of the same and requested that the notice of essential elements be filed in this case. However, the Government has informed undersigned counsel that additional discovery is forthcoming in this case and this has caused a delay in the filing of the notice of essential elements.

4. As a result of the above, undersigned counsel is requesting this Court continue the instant trial of this matter from the January Trial Calendar to the February 2022 Trial Calendar so that the notice of essential elements can be filed and the guilty plea can be taken.

5. Undersigned counsel has conferred with AUSA Lisa Thelwell who does not oppose this motion.

**WHEREFORE**, Ms. Stinson requests this Court continue the instant case to the February 2022 Trial Calendar.

RESPECTFULLY SUBMITTED,

A.FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Federal Defender
Florida Bar Number 0137138
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Alec_Hall@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Office of the United States Attorney, Assistant United States Attorney Susan Huyler, on this 17th day of December 2021.

RESPECTFULLY SUBMITTED,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ A. Fitzgerald Hall*
A.Fitzgerald Hall, Esq.
Federal Defender
Florida Bar Number 0137138
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Alec_Hall@fd.org