UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-343-SDM-AAS

DEANNA MARIE STINSON

## JOINT STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order (doc. 27), the United States herein states as follows:

1. **Brief summary of the case's status:**

DeAnna Marie Stinson, the defendant, was arrested on a criminal complaint on September 23, 2021. Docs. 1, 2. On that same date, the defendant appeared for her initial appearance. Doc. 6. The court held a detention hearing and ordered the defendant detained. Doc.10.

On October 14, 2021, a federal grand jury returned a one count indictment, charging Stinson with murder-for-hire, in violation of 18 U.S.C. § 1958(a). Doc. 23. The defendant waived her appearance at arraignment. Doc. 25.

The United States provided initial discovery on or about November 9, 2021. Supplemental discovery was provided on December 6, 2021.

2. **Possibility of a plea agreement as to each defendant:**

This case will resolve with an open plea to the court. The United States has filed a Notice of Maximum Penalties, Elements of Offense, Personalization of Elements, and Factual Basis. Doc. 39. A change of plea hearing is scheduled for Wednesday, January 19, 2022. Doc. 40.

3. **Number of days required for trial, for government's case-in-chief:**

If this case were to proceed to trial, the United States anticipates the government's case-in-chief will last approximately 3 days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5. **Potential speedy trial problems:**

The speedy trial clock began on October 14, 2021 when a federal grand jury returned an indictment. The defendant moved for a continuance on November 15, 2021, which the court granted. Docs. 33 and 34. Thirty-eight days remain on the clock. Since this case is on the January 2021 trial term there is no speedy trial concern.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

          Respectfully submitted,

          ROGER B. HANDBERG
          United States Attorney

By: */s/ Lisa M. Thelwell*
   Lisa M. Thelwell
   Assistant United States Attorney
   Florida Bar No. 100809
   400 N. Tampa Street, Suite 3200
   Tampa, Florida 33602-4798
   Telephone: (813) 274-6000
   Facsimile: (813) 274-6358
   E-mail: lisa.thelwell@usdoj.gov

U.S. v. DeAnna Stinson        Case No. 8:21-cr-343-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

  Alec F. Hall, Federal Defender

        */s/ Lisa M. Thelwell*
        Lisa M. Thelwell
        Assistant United States Attorney
        Florida Bar No. 100809
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: lisa.thelwell@usdoj.gov