**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

## GUILTY PLEA HEARING MINUTES

CASE NO.  8:21-cr-343-SDM-AAS                        DATE:    January 19, 2022

HONORABLE   AMANDA ARNOLD SANSONE          INTERPRETER    N/A
                                                                                                    LANGUAGE

UNITED STATES OF AMERICA                                  AUSA Lisa Thelwell
v.                                                                              Government Counsel

DE ANNA MARIE STINSON                                      AFPD Alec Hall
Defendant                                                                Defense Counsel
COURT RPTR   digital recording                       DEPUTY CLERK   Cathy Morgan

TIME   2:00 – 2:45   TOTAL   45 min                  COURTROOM     Via Zoom

(✓) ORAL CONSENTS: TO PROCEED BY VIDEO CONFERENCE; TO PROCEED BEFORE THE MAGISTRATE JUDGE; AND FOR A PRESENTENCE REPORT.

(✓) NOTICE OF ESSENTIAL ELEMENTS FILED.  (✓) DEFENDANT SWORN.

(✓) PLEA OF NOT GUILTY WITHDRAWN AND PLEA OF GUILTY ENTERED AS TO COUNT   ONE   OF THE INDICTMENT

(✓) FACTUAL BASIS   ESTABLISHED

(✓) ADJUDICATION OF GUILT   DEFERRED.

(✓) REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION:   YES

(✓) SENTENCING WILL BE SCHEDULED AT A LATER DATE,

(✓) DEFENDANT REMANDED TO CUSTODY OF U.S. MARSHAL.

(✓) PLEA CONDITIONALLY ACCEPTED.

(✓) COPY OF GUILTY PLEA MINUTES PROVIDED TO DISTRICT JUDGE COURTROOM DEPUTY.

(✓) OTHER:   This case is currently on the February trial calendar.  Defendant clarifies that she was with her former boyfriend for several years, that the dark web website does not exist, and that in paragraph 3 it was a firearm, not a weapon. The government clarifies that the first contact was on June 25, 2021.