# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                    **Case No. 8:21-cr-343-SDM-AAS**

**DEANNA MARIE STINSON_____/**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and pleaded guilty to count one of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the facts she admitted establish the essential elements of such offense. Therefore, I recommend accepting her guilty plea and adjudicating her guilty.

As to the factual basis portion of the plea agreement, the defendant clarified that she was with her former boyfriend for several years, that the dark web website is fake and not operational, and that in paragraph 3 of the factual basis, it was a firearm and not a weapon. The government also clarified that the first contact was on June 25, 2021. The defendant otherwise agrees with the factual basis portion of the plea agreement and agrees that his guilty plea is supported by an independent basis in fact as to each of the essential elements of the offense charged in count one of the indictment. Accordingly, I find, and

counsel for the parties agree, that the defendant's objections do not affect the factual basis for the defendant's plea.

Due to the national emergency created by the novel coronavirus and consistent with the authority provided by Section 15002 of the Coronavirus Aid, Relief, and Economic Security (CARES) Act and Chief Judge Corrigan's October 28th Administrative Order, 8:20-mc-25 (M.D. Fla. October 28, 2021), I conducted the change of plea hearing by videoconference. I did not postpone the change of plea hearing because defense counsel contended, and I found, delay of the hearing would cause a serious harm to the interests of justice. More specifically, this case is currently on the February trial calendar.

The defendant consented to appearing by videoconference, and both the defendant and defense counsel indicated they had discussed the hearing format in advance. The government did not object to the videoconference format. The defendant's image and voice were clear, and I confirmed all participants could see and hear all other participants clearly.

Date:   January 19, 2022

AMANDA ARNOLD SANSONE
United States Magistrate Judge

**NOTICE**

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.   A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.