UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.:  8:21-CR-343-SDM-AAS

DE ANNA MARIE STINSON
_____ /

DEFENDANT'S UNOPPOSED MOTION TO PAY RESITUTION
PRIOR TO SENTENCING AND ENTRY OF JUDGMENT

COMES NOW, A. FITZGERALD HALL, counsel for the defendant, DE ANNA MARIE STINSON, and moves this Court to: ALLOW PAYMENT OF RESTITUTION PRIOR TO SENTENCING AND ENTRY OF JUDGMENT. As grounds for this motion, undersigned counsel proffers the following:

BACKGROUND AND BASIS

1. On September 23, 2021, Ms. Stinson was arrested on a criminal complaint for the offenses of solicitation to commit a crime of violence, in violation of 18 U.S.C. §373; and murder for hire, in violation of 18 U.S.C. § 1958 (Doc. 1).

2. On this same date, Ms. Stinson made her initial appearance before the Court (Doc. 6). Ms. Stinson was ordered detained (Doc. 10). The District Court affirmed the order of detention (Doc. 31)

3. On April 23, 2021, without a written plea agreement, Ms. Stinson

pleaded guilty as charged (Docs. 23, 39, & 42). Ms. Stinson's sentencing is currently scheduled for Wednesday, April 20, 2022, at 9:00 a.m. (Doc. 46). The Presentence Investigation Report ("PSIR") has been completed in this case and there are several objections to the report.

4. In any event, the PSIR currently reflects a total offense level of 29 and a criminal history category of I (PSIR ¶¶32, 36, & 70). This results in an advisory range of incarceration of 87-108 months (PSIR ¶70).

5. The PSIR currently reflects a restitution amount owed to the victim in this case in the amount of $7,485.30 (PSIR ¶18).

6. The stated restitution amount is not disputed or the subject of any PSIR objection. Ms. Stinson respectfully requests this Court permit her to pay towards the restitution alleged in this case and order the Clerk's Office for the U.S. Middle District of Florida to accept any payments towards restitution instanter.

7. Undersigned counsel has conferred with AUSA Lisa Thelwell, who represents the government in this matter, and Ms. Thelwell advises that the government does not oppose this motion.

WHEREFORE, the Defendant, DE ANNA MARIE STINSON, requests this Court enter an order directing the U.S. Middle District of Florida Clerk's Office to accept any payments towards the total $7,485.30 restitution owed in this case.

DATED this 29th day of March, 2022.

RESPECTFULLY SUBMITTED,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Federal Defender
Florida Bar Number 0137138
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Facsimile:    (813)228-2562
Email: Alec_Hall@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to:

AUSA Lisa Thelwell.

*/s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Federal Defender