UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No. 8:21-cr-343-SDM-AAS

  Plaintiff,  ☐
  Government ☒  ☒ Evidentiary
         ☐ Trial
         ☐ Other

v.

DEANNA MARIE STINSON

  Defendant  ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Screenshot of Website Home Page |
| 2 | | | | Screenshot of Website About Page |
| 3 | | | | Screenshot of Website About Page |
| 4 | | | | Recorded Phone Call with Undercover Agent |
| | | | | |