UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

| CASE NO.: | 8:21-cr-343-SDM-AAS | | DATE: | April 20, 2022 |
|---|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | | INTERPRETER: | |
| **UNITED STATES OF AMERICA** **v.** **DE ANNA MARIE STINSON** | | | LANGUAGE: | |
| | | | GOVERNMENT COUNSEL LISA THELWELL, AUSA | |
| | | | DEFENSE COUNSEL ALEC HALL | |
| COURT REPORTER:   Becky Sabo | | | DEPUTY CLERK: | Derek Young |
| TIME: | 9:08 AM – 11:28 AM | TOTAL:2hrs 20mins | PROBATION: | Kaleena Roy |
| | | | COURTROOM: | 15A |

**PROCEEDINGS:   SENTENCING**

All parties present and identified for the record.

The defendant previously pled guilty to Count One of the Indictment and is adjudged guilty of this offense.

Defense counsel objects to paragraph 39 in the PSR. The court strikes paragraph 39.

Defense counsel objects to the restitution amount. The court amends the restitution amount.

Pastor Anthony White gives statement on behalf of the defendant.
Pastor David Mobley gives statement on behalf of the defendant.
Pastor Earl Mason gives statement on behalf of the defendant.
Dr. Jennifer Capeheart-Meningall gives statement on behalf of the defendant.
Keisha Dixon gives statement on behalf of the defendant.
Robert and Barbra Stinson give statement on behalf of the defendant.

AUSA reads Victim Statement Impact form on the record.

Imprisonment: 78 MONTHS

Supervised Release: 3 YEARS

Special Conditions:
    The defendant must participate in a mental health treatment program.
    The defendant will have no contact, direct or indirect including through a surrogate, with the victim
    identified in Count One, or the victim's family members

Having been convicted of a qualifying felony, the defendant must cooperate in the collection of DNA as directed by the probation officer.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the defendant must submit to random drug testing not to exceed 104 tests per year.

The defendant must pay restitution in the amount of $11,403.70 to the victim. (Previously paid).

Fine: $1,000
AUSA request legal defense reimbursement due to the defendant's non-indigency. The court directs counsel to address the issue with the magistrate judge.

Special Assessment: $100 due immediately.

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

The court recommends the defendant be housed at FCI Coleman or FCI Tallahassee and that the defendant be allowed to participate in the drug treatment program.

The defendant is advised of her right to appeal and of her right to counsel.