UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:21-cr-343-SDM-AAS

    Plaintiff, ☐
    Government ☒       ☒ Evidentiary
                          ☐ Trial
                          ☐ Other

v.

DEANNA MARIE STINSON

    Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 4/20/22 | 4/20/22 | | Screenshot of Website Home Page |
| 2 | 4/20/22 | 4/20/22 | | Screenshot of Website About Page |
| 3 | 4/20/22 | 4/20/22 | | Screenshot of Website About Page |
| 4 | 4/20/22 | 4/20/22 | | Recorded Phone Call with Undercover Agent |
| | | | | |