

US District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 2

Case No.: 8:21-cr-00343-SDM-AAS

UNITED STATES OF AMERICA

vs.

DEANNA MARIE STINSON

Date Identified: _____

Date Admitted: _____