## Pricing

We have the best prices around as we have the largest network of skilled gang members, criminals, drug dealers who earn money by beating, killing, arson, kidnapping, acid attacks . Tousands of customers use our services and hundreds of hitmen provide quality work. See our last seen members

We can guarante you can't find a better price anywhere else for the same quality level of a job. To get a quote about how much you should offer you can ask a question on our Discussion Forum.

Don't specify target name or address on forum, because anyone can see. Just country, job difficulty etc. Once you decided about your budget you can click on order and specify there all info about target. We will assign the best hitman for the job to take into account of the job difficulty, costs etc.

Because we are a marketplace with hundreds of hitmen, the prices differ from hitman to hitman. Each hitman can set its own prices for the services he provides, given his skill level.

Some less skilled criminals have lower prices. Better skilled hitmen have bigger prices. We will put you in contact with hitmen based on your job request, country, and price that you can offer.

However we have some minimum price that hitmen can ask. And the average price that most hitmen ask.

**Death by shoot and run Min price: $5 000 , average $10 000**

The exact amount depends on the difficulty of each job, including location and target protection.

Place your order, and specify the target and budget. After you provide proof that you have bitcoin we assign a gang member that has skills to match the requirements and the budget. The more money you offer, the better skilled will be the hitman assigned to your job.

**Death by making it look like accident or robbery gone wrong min price $9 000 average $20 000.**

Gang members steal a car, drive to the target's address as given by the customer, and wait for the victim in the parking lot as he has a picture of who to wait for. Then they either shoot the target as robbery gone wrong and drive away or crash the car into the target pretending to be a drunk driver .

**Death by sniper min $20 000 , average $60 000.**

If your target is an important person that has bodyguards or is carring a gun, you might need a sniper who can kill him from a safe distance.

**Beating min $2000 , average $4000.**

U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 3

Case No.: 8:21-cr-00343-SDM-AAS

UNITED STATES OF AMERICA

vs.

DEANNA MARIE STINSON

Date Identified:_____

Date Admitted:_____

DISC-00138