UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON

## SATISFACTION OF JUDGMENT

Defendant De Anna Marie Stinson has paid the special assessment, restitution, and fine imposed in her Judgment. Therefore, the Clerk of the United States District Court for the Middle District of Florida will mark these criminal monetary penalties as satisfied.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Florida Bar No. 112974
Financial Litigation Unit/cll
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone:   (813) 274-6048
Facsimile:   (813) 274-6247
E-Mail:   FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system and sent a copy by first-class mail to the following non-CM/ECF participant:

De Anna Marie Stinson
Tampa, FL 33647

        *s/ Jillian M. Jewell*
        JILLIAN M. JEWELL
        Assistant United States Attorney