UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON

### NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as co-counsel for the United States. Assistant United States Attorney Julie A. Simonsen has been assigned in this case to collect the defendant's criminal monetary penalties.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation Unit/cll
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone:  (813) 274-6048
Facsimile:   (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Alec F. Hall, Federal Defender

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
