01:46:11 PM, DOC TAX PD(F.S.201.02) $0.70 DEPUTY CLERK:MERRELL Pat
Case 8:21-cr-00343-SDM-AAS Document 68 Filed 05/12/22 Page 1 of 10 PageID 414
Frank,Clerk of the Circuit Court Hillsborough County

**Prepared By:**
Eric S. Zufelt, Esq.
Florida Bar ID # 479659
Zufelt Law Offices, LLC
630 Riverfront Drive, Suite 230
Sheboygan, WI 53081

**Record and Return To:**
First American Title Insurance Company
Attn: National Recording
1100 Superior Avenue, Suite 200
Cleveland, OH 44114

Parcel I.D. Number: U-06-28-18-0W5-000021-00002.0
File #: 50288207LA

# QUITCLAIM DEED

**THIS INDENTURE**, made on this __19__ day of __August__, 20__15__, by and between **SHADEE HOLDINGS, INC.**, a Florida Corporation, whose mailing address is 5316 Bradbury Ct, Tampa, FL 33624, hereinafter referred to as *"GRANTOR,"* whether one or more, and **DEANNA M. STINSON**, a single woman, whose mailing address is 5316 Bradbury Ct, Tampa, FL 33624, hereinafter referred to as *"GRANTEE,"* whether one or more.

PROPERTY IDENTIFICATION #: U-06-28-18-0W5-000021-00002.0

**WITNESSETH**, That said Grantor, for and in consideration of the sum of Ten and 00/100 ($10.00) Dollars, and other good and valuable consideration to said Grantor in hand paid by said Grantee, the receipt of which is hereby acknowledged, has remised, released, and quitclaimed to the Grantee and Grantee's heirs forever the following described land located in the County of Hillsborough, State of Florida, to wit:

Lot 2, Block 21, Turner Trace Unit One, according to the map or plat thereof as recorded in Plat Book 53, Page 19, of the Public Records of Hillsborough County, Florida.

Being that same property conveyed from DEANNA M. STINSON, a single woman, by deed to SHADEE HOLDINGS, INC., dated October 19, 2006, recorded April 2, 2007 in Hillsborough County Records, as Instrument No. 2007156882, in Book 17625, Page 680.

AKA: 5316 Bradbury Ct, Tampa, FL 33624

**SUBJECT TO** (1) Zoning and/or restrictions and prohibitions imposed by governmental authority; (2) Restrictions, Easements and other matters appearing on the Plat, Declaration of Condominium and/or common to the subdivision; and (3) Taxes for the year 2015 and subsequent years.

In all references herein to any parties, persons, entities or corporations, the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal on this _18_ day of _August_, 20_15_.

SHADEE HOLDINGS, INC.

BY: _[signature]_
RASHAD STINSON

AS: _____

15059 S.W. 127th Circle Place South
Miami, FL 33186

WITNESSES 1:

_Anna S. Gionet_

_Anna S. Gionet_
(print name)

WITNESSES 2:
_[signature]_

_PAMELA JOHNSTONE_
(print name)

SHADEE HOLDINGS, INC.

BY: _____
DEANNA M. STINSON

AS: _____

15059 S.W. 127th Circle Place South
Miami, FL 33186

WITNESSES 1:

_____

_____
(print name)

WITNESSES 2:

_____

_____
(print name)

STATE OF FLORIDA   )
                   ) ss.
COUNTY OF _Collier_ )

This instrument was acknowledged before me by **RASHAD STINSON** and **DEANNA M. STINSON**, _____ of **SHADEE HOLDINGS, INC.**, A Florida corporation, on behalf of the corporation, on this _18_ day of _August_, 20_15_, _____, who ( ) is personally known to me OR ( ) who produced _Driver License_ _____ as identification and who did take an oath.

_Anna S. Gionet_
NOTARY PUBLIC, STATE OF _Florida_

My commission expires: _09/24/2017_

Anna S. Gionet
State of Florida
MY COMMISSION # FF 237304
Expires: September 24, 2017

**IN WITNESS WHEREOF**, Grantor has hereunto set Grantor's hand and seal on this ___ day of _____, 20_____.

| | |
|---|---|
| SHADEE HOLDINGS, INC. | SHADEE HOLDINGS, INC. |
| BY: _____ <br> RASHAD STINSON | BY: _DeAnna Stinson_____ <br> DEANNA M. STINSON |
| AS: _____ | AS: _Owner_____ |
| 15059 S.W. 127th Circle Place South <br> Miami, FL 33186 | 15059 S.W. 127th Circle Place South <br> Miami, FL 33186 |
| WITNESSES 1: <br> _____ <br> (print name) | WITNESSES 1: <br> _Karen P. Beard / Derek Kronsch__ <br> (print name) |
| WITNESSES 2: <br> _____ <br> (print name) | WITNESSES 2: <br> _Dixon, Keshia L. / Ana Chacon M.__ <br> (print name) |

STATE OF FLORIDA     )
                     ) ss.
COUNTY OF _Hillsborough_ )

This instrument was acknowledged before me by ~~RASHAD STINSON~~ and DEANNA M. STINSON, ____OWNER_____ of SHADEE HOLDINGS, INC., A Florida corporation, on behalf of the corporation, on this _19_ day of _August_____, 2015_. _____, who ( ) is personally known to me OR (X) who produced _Florida DL_____ _____ as identification and who did take an oath.

_Michael A Terrell_____
NOTARY PUBLIC, STATE OF _Florida_

My commission expires:



MICHAEL A. TERRELL
MY COMMISSION # FF 201910
EXPIRES: February 22, 2019
Bonded Thru Notary Public Underwriters

Instrument #: 2021185652, Pg 1 of 4, 4/14/2021 12:02:10 PM DOC TAX PD(F.S. 201.02) $0.70, INT. TAX PD (F.S. 199) $0.00, DOC TAX PD (F.S. 201.08) $0.00, Deputy Clerk: O Cindy Stuart, Clerk of the Circuit Court Hillsborough County

**Recording Requested By/Return to:**
CLOSING USA, LLC
7665 OMNITECH PL
VICTOR, NY 14564

**Send Tax Notices to:**
DEANNA M STINSON,
5106 MAYFAIR PARK CT
TAMPA, FL 33647

**Prepared by:**
MELISSA SUE RENZA, Esq.
o/b/o BC LAW FIRM, P.A.
1803 S. KANNER HWY
STUART, FL 34994

FOR RECORDER'S USE ONLY

Taxable Amount: $174,821.48

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this __2__ day of __April__, 20__21__, by first party **DEANNA M. STINSON, A SINGLE WOMAN AND ROBERT STINSON AND BARBARA STINSON, HUSBAND AND WIFE, AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP** whose mailing address is 5106 MAYFAIR PARK CT, TAMPA FL 33647 to second party, **DEANNA M. STINSON, AN UNMARRIED PERSON,** whose mailing address is 5106 MAYFAIR PARK CT, TAMPA, FL 33647.

WITNESSETH, That the said first party, for and in consideration of the sum of $10.00 Dollars, and other valuable considerations, in hand paid by the second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said second party forever, all the right, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of HILLSBOROUGH, State of Florida, to wit:

**LOT 3, BLOCK 1, TAMPA PALM AREA 4 PARCEL 11, UNIT 1, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 85, PAGE(S) 66, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

APN: A-27-27-19-5FB-00001-00003.0

PROPERTY ADDRESS: 5106 MAYFAIR PARK CT, TAMPA, FL 33647

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

Instrument #: 2021185652, Pg 2 of 4

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

_____
DEANNA M. STINSON

_____
ROBERT STINSON


_____
BARBARA STINSON

RASHAD K STINSON
Printed Witness Name

_____
Witness Signature

Courtney Nicole Haughton
Printed Witness Name

_____
Witness Signature

STATE OF FLORIDA
COUNTY OF Hillsborough        SS.

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization,

this ___2___ day of __April__ 20_21_, by DEANNA M. STINSON, ROBERT STINSON, AND BARBARA STINSON.

(Seal)



COURTNEY NICOLE HAUGHTON
Notary Public-State of Florida
Commission # HH 22736
My Commission Expires
July 22, 2024

_____
Notary Public
Printed Name: Courtney Nicole Haughton
My Commission Expires: 7-22-2024
Commission #

Personally Known: _____
OR Produced Identification: __X__
Type of Identification Produced: Drivers License

IN WITNESS WHEREOF, The said first party has signed and sealed these presents the day and year first above written.

_____  　　　　　_____
**DEANNA M. STINSON**　　　　　　　　　　　　**ROBERT STINSON**

_____
**BARBARA STINSON**

Mary Mercado　　　　　　　　　　　　　_____
Printed Witness Name　　　　　　　　　　　Witness Signature

RASHAD STINSON　　　　　　　　　　　_____
Printed Witness Name　　　　　　　　　　　Witness Signature

STATE OF FLORIDA
COUNTY OF miami-Dade ss.

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization.

this 08th day of April 20 21, by ~~DEANNA M. STINSON,~~ ROBERT STINSON, AND BARBARA STINSON. (mm)

(Seal)

MARY MERCADO
Commission # HH 044288
Expires September 20, 2024
Bonded Thru Budget Notary Services

Notary Public
Printed Name: Mary Mercado
My Commission Expires: 09/20/2024
Commission # HH44288

Personally Known: _____
OR Produced Identification: ✓
Type of Identification Produced: Driver's License

Instrument #: 2021185652, Pg 4 of 4

## LEGAL DESCRIPTION

The following described property situated in the county of Hillsborough, state of Florida, to-wit:

Lot 3, Block 1, Tampa Palm Area 4 Parcel 11, Unit 1, according to the map or plat thereof, as recorded in Plat Book 85, Page(s) 66, of the Public Records of Hillsborough County, Florida.

Parcel/APN/Tax ID: A-27-27-19-5FB-00001-00003.0

**Prepared By:**
Eric S. Zufelt, Esq.
Florida Bar ID # 479659
Zufelt Law Offices, LLC
630 Riverfront Drive, Suite 230
Sheboygan, WI 53081

**Record and Return To:**
Title Source, Inc.
662 Woodward Avenue
Detroit, MI 48226

Parcel I.D. Number: 2127430002120
File #: 62171836-3638130

# QUITCLAIM DEED

**THIS INDENTURE**, made on this 31st day of August, 20 16, by and between **SHADEE HOLDINGS, INC.**, a Florida Corporation, whose mailing address is 15059 Southwest 127 Circle Place, South Miami, Florida 33186, hereinafter referred to as *"GRANTOR,"* whether one or more, and **RASHAD STINSON**, an unmarried man, and **DEANNA M. STINSON**, an unmarried woman, as joint tenants with rights of survivorship, whose mailing addresses are 4509 Wimbleton, Tallahassee, Florida 32303 and 17107 Heart of Palms Drive, Tampa, Florida 33647, respectively, hereinafter referred to as *"GRANTEE,"* whether one or more.

PROPERTY IDENTIFICATION #: 2127430002120

**WITNESSETH**, That said Grantor, for and in consideration of the sum of Ten and 00/100 ($10.00) Dollars, and other good and valuable consideration to said Grantor in hand paid by said Grantee, the receipt of which is hereby acknowledged, has remised, released, and quitclaimed to the Grantee and Grantee's heirs forever the following described land located in the County of Leon, State of Florida, to wit:

Condominium Unit 212, Chateau De Ville of Tallahassee, a Condominium, together with an undivided interest in common elements, according to the Declarations of Condominium thereof recorded in Official Records Book 3494, Page 1564, as amended from time to time, of the Public Records of Leon County, Florida.

Being that same property conveyed from DEANNA STINSON, a single woman, by deed to SHADEE HOLDINGS, INC., a Florida Corporation, dated October 19, 2006, recorded March 30, 2007 in Leon County Records, as Instrument No. 20070027204, in Book 3680, Page 1254.

*The subject property is not the homestead of the Grantor(s).*

Subject to easements, restrictions, reservations, and limitations of record, if any.

AKA: 2020 Continental Avenue, Unit 212, Tallahassee, FL 32304

**SUBJECT TO** (1) Zoning and/or restrictions and prohibitions imposed by governmental authority; (2) Restrictions, Easements and other matters appearing on the Plat, Declaration of Condominium and/or common to the subdivision; and (3) Taxes for the year 2016 and subsequent years.

In all references herein to any parties, persons, entities or corporations, the use of any particular gender

Attached to and becoming a part of Deed between SHADEE HOLDINGS, INC., a Florida Corporation, as Grantor(s), and RASHAD STINSON, an unmarried man, and DEANNA M. STINSON, an unmarried woman, as Grantee(s).

**IN WITNESS WHEREOF**, Grantor has hereunto set Grantor's hand and seal on this 31 day of AUGUST, 20 16.

**SHADEE HOLDINGS, INC., a Florida Corporation**

BY: **RASHAD STINSON**
AS: Managing Member

4509 Wimbleton, Tallahassee, Florida 32303
Post Office Address

WITNESSES 1:
Rahmal Stinson
(print name)

WITNESSES 2:
Wesley L Funk
(print name)

STATE OF FLORIDA )
COUNTY OF Palm Beach ) ss.

This instrument was acknowledged before me by **RASHAD STINSON**, the managing member of **SHADEE HOLDINGS, INC., a Florida Corporation** on this 31st day of August, 20 16, who ( ) is personally known to me OR (X) who produced Drivers License as identification and who did take an oath.



WESLEY L. FUNK
Notary Public - State of Florida
My Comm. Expires Oct 17, 2018
Commission # FF 165386
Bonded through National Notary Assn

NOTARY PUBLIC, STATE OF FLORIDA

Attached to and becoming a part of Deed between SHADEE HOLDINGS, INC., a Florida Corporation, as Grantor(s), and RASHAD STINSON, an unmarried man, and DEANNA M. STINSON, an unmarried woman, as Grantee(s).

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal on this 31st day of August, 2016.

**SHADEE HOLDINGS, INC., a Florida Corporation**

_____
BY: DEANNA M. STINSON
AS: Managing Member

17107 Heart of Palms Drive, Tampa, Florida 33647
Post Office Address

WITNESSES 1:
_____
HEMA PARMAR
(print name)

WITNESSES 2:
_____
Wesley L. Funk
(print name)

STATE OF FLORIDA    )
                    ) ss.
COUNTY OF Leon      )

This instrument was acknowledged before me by DEANNA M. STINSON, the managing member of SHADEE HOLDINGS, INC., a Florida Corporation on this 31st day of August, 2016, who ( ) is personally known to me OR (X) who produced Drivers License, _____ as identification and who did take an oath.



NOTARY PUBLIC, STATE OF FLORIDA
Wesley L. Funk

My commission expires: