# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                   **Case No. 8:21-cr-00343-SDM-AAS**

**DE ANNA MARIE STINSON,**

_____/

## ORDER

The United States requests an order directing defendant De Anna Marie Stinson to reimburse the Treasury for the cost of her legal representation, and further requests that her legal fees are paid in part by turnover of seized funds held by the Federal Bureau of Investigation and the Clerk of Court. (Doc. 67). Ms. Stinson did not respond to the motion.

Ms. Stinson must respond to the United States' motion by **June 16, 2022**. Failure to respond will result in the undersigned treating the United States' motion as unopposed. *See* Local Rule 3.01(c), M.D. Fla. ("If a party fails to timely respond [to a motion], the motion is subject to treatment as unopposed."). The Clerk if directed to mail a copy of this order and the corresponding motion to Ms. Stinson at: 5106 Mayfair Park Court, Tampa, FL 33647.

**ORDERED** in Tampa, Florida on June 2, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge