UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON
_____/

**ORDER**

The United States' motion (Doc. 67) for reimbursement of an attorney's fee is **REFERRED** to Magistrate Judge Amanda A. Sansone for disposition or for a report and recommendation if necessary. The magistrate judge may conduct any proceeding necessary to determine the United States' entitlement to, and the amount of, a reimbursement under 18 U.S.C. § 3006A.

ORDERED in Tampa, Florida, on June 3, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE