UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                                                  Case No.: 8:21-cr-343-SDM-AAS

**DE ANNA MARIE STINSON,**

_____/

<u>AMENDED ORDER</u>

**This order amends a June 2, 2022 order (Doc. 69) by updating Defendant De Anna Marie Stinson's address and allowing her additional time to respond to the** United States' request for an order requiring Ms. Stinson to reimburse the United States Treasury for the cost of her legal representation. (Doc. 67). Ms. Stinson did not respond to the motion.

Ms. Stinson must respond to the United States' motion by **June 30, 2022**. Failure to respond will result in the undersigned treating the United States' motion as unopposed. See Local Rule 3.01(c), M.D. Fla. ("If a party fails to timely respond [to a motion], the motion is subject to treatment as unopposed."). The Clerk is directed to mail a copy of this order and the corresponding motion to: De Anna Marie Stinson, inmate No. 66358-509, Citrus County Detention Center, 2604 W. Woodland Ridge Drive, Lecanto, FL 34461.

1

**ORDERED** in Tampa, Florida on June 6, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge