UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 8:21-CR-343-SDM-AAS

DE ANNA MARIE STINSON
_____/

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR
REIMBURSEMENT OF ATTORNEY'S FEES

**COMES NOW**, A. FITZGERALD HALL, counsel for the Defendant, **DE ANNA STINSON**, and files this response to the Government's Request for Reimbursement of Attorney's Fees, and moves this Court to: **ENTER AN ORDER DENYING REIMBUREMENT FOR ATTORNEY'S FEES.** As grounds for this request, undersigned counsel proffers the following:

BACKGROUND

1. On September 23, 2021, Ms. Stinson was arrested on a criminal complaint for the offenses of solicitation to commit a crime of violence in violation of 18 U.S.C. § 373 and murder for hire in violation of 18 U.S.C. § 1958 (Doc. 1).

2. On this same date, Ms. Stinson made her initial appearance before the Court (Doc. 6). Ms. Stinson was ordered detained (Doc. 10). Subsequently, the District Court affirmed the order of detention (Doc. 31)

3. On October 13, 2021, Ms. Stinson was indicted for murder for hire in

violation of 18 U.S.C. § 1958(a) (Doc. 23).

4. On April 23, 2021, without a plea agreement, Ms. Stinson pleaded guilty as charged (Docs. 23, 39, & 42). Subsequently, on April 20, 2022, Ms. Stinson's appeared before this Court and was sentenced to 78 months incarceration followed by three years of supervised release (Doc. 62). It is to be noted that not only is Ms. Stinson incarcerated and serving her prison sentence, but she has satisfied the judgement imposed in this case, *i.e.*, paid all monetary obligation imposed in this case (docs. 62 & 65), yet the Government wants more.

## LEGAL ARGUMENT

5. The Government has moved for the reimbursement of attorney's fees as Ms. Stinson was represented by the Federal Defender's Office of the Middle District of Florida and, in particular, the Federal Defender, undersigned counsel below. *See* generally, Doc. 67.

6. Undersigned counsel opposes the Government's motion and its specific request for reimbursement of attorney's fees for undersigned counsel's representation of Ms. Stinson as such a request <u>unnecessarily invades the province</u> of the Federal Defender's Office's representation of its clients and any calculation of its costs of fees that would apply if clients were charged for legal services. Rather than engage in any fees owed to the Federal Defender's Office there should be an appreciation for the outstanding representation offered by the Federal

2

Defender's Office to individuals the Court appoints to be represented by the Office.

7. In its motion, the Government argues that "The Criminal Justice Act requires district courts to provide legal counsel for criminal defendants charged with a felony when they are unable to pay for an attorney. 18 U.S.C. § 3006A(a)(1)(A)" (Doc. 67, p. 3) (emphasis added). The Government continues, "Yet, the plain language of the CJA authorizes the court to order repayment of court-appointed attorney fees and expenses if it finds that the defendant is financially able to pay such fees. 18 U.S.C. § 3006A(f) (When the court finds that funds are available for payment from a person furnished representation, it may direct that such funds be paid to the court for deposit in the Treasury as a reimbursement)" (Doc. 67, p. 3) (emphasis added).

8. The Government's motion is due to be denied as Ms. Stinson was not represented by a Criminal Justice Act attorney but, instead, was represented by the Federal Defender's Office, a totally separate and independent agency from the Criminal Justice Act, and with its own budget. As a result, the Federal Defender's Office spent its own funds in the representation of Ms. Stinson and not those of the Criminal Justice Act.

9. In short, how the Federal Defender's Office spends its funds in the representation of its clients should remain an independent and a confidential matter.

**WHEREFORE**, Ms. Stinson prays this Court deny the Government's motion for the reasons presented above.

DATED this 30th day of June 2022.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

By: *s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Florida Bar No. 0137138
Federal Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Phone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Alec_Hall@fd.org
*Defense Attorney for De Anna Stinson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of June 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to:

AUSA Julie Simonsen.

By: *s/ A. Fitzgerald Hall*
A. Fitzgerald Hall, Esq.
Federal Defender

4