UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-00343-SDM-AAS

DE ANNA MARIE STINSON

### UNOPPOSED MOTION FOR ORDER DIRECTING REIMBURSEMENT FOR LEGAL REPRESENTATION

Pursuant to this Court's Order that Stinson shall reimburse the Treasury for the amount of her legal fees in this case and that the United States file a request for a specific amount to be reimbursed (Doc. 76), the United States and Stinson jointly request that the Court direct Stinson to pay $15,995 as reimbursement for her legal fees in this case, and in support, states as follows:

### MEMORANDUM OF LAW

Stinson was represented in this case by the Office of the Federal Public Defender (FPD), but in light of her assets, the United States requested that Stinson reimburse the costs of her representation pursuant to 18 U.S.C. § 3006A(f). Doc. 67. The Court agreed and ordered that Stinson shall reimburse the Treasury for the costs of her representation in this case. Doc. 76. The Court further directed the United States to move separately for the specific amount of reimbursed legal fees requested. Doc. 76 at p. 4.

Since the Court's Order (Doc. 76), the parties have conferred regarding the amount of fees that Stinson should pay to reimburse the Treasury for her

representation.  The parties have agreed that Stinson should reimburse the Treasury $15,995.[1]

Wherefore, the parties request that the Court order Stinson to reimburse $15,995 as her legal fees in this case.  The funds shall be paid to the Clerk of Court, payable to "Clerk, U.S. District Court" and the Clerk shall disburse the payment to the United States Treasury in accordance with 18 U.S.C. § 3006A(f).

           Respectfully submitted,

           ROGER B. HANDBERG
           United States Attorney

By:    *s/ Julie A. Simonsen*
       JULIE A. SIMONSEN
       Assistant United States Attorney
       Florida Bar No. 70647
       Financial Litigation /cll
       400 North Tampa Street, Suite 3200
       Tampa, FL 33602
       Telephone:   (813) 274-6048
       Facsimile:    (813) 274-6247
       E-Mail: FLUDocket.mailbox@usdoj.gov

---

[1] The parties agreed that Stinson should pay $12,100, which was the maximum amount to be reimbursed for court appointed counsel in 2021, plus the cost incurred by the FPD for Stinson's expert witness of $3,895.  *See* https://www.uscourts.gov/rules-policies/judiciary-policies/cja-guidelines/chapter-2-ss-230-compensation-and-expenses (last accessed November 15, 2022).

2

## CERTIFICATE OF SERVICE

I certify that on November 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Alec F. Hall, Federal Defender

                                    *s/ Julie A. Simonsen*
                                    JULIE A. SIMONSEN
                                    Assistant United States Attorney