UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON
_____/

**ORDER**

The United States moves unopposed (Doc. 75) for an order directing De Anna Marie Stinson to reimburse the United States Treasury for the cost of her representation and the cost of an expert witness. The unopposed motion (Doc. 75) is **GRANTED**. Stinson must reimburse the United States Treasury $15,995 by check payable to "Clerk, U.S. District Court." The clerk must disburse the payment to the United States Treasury in accord with 18 U.S.C. § 3006A(f).

ORDERED in Tampa, Florida, on December 28, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE