UNITED STATES DISTRICT COURT
FOR THE
__Middle__ DISTRICT OF __Florida__

UNITED STATES OF AMERICA

v.

__DeAnna Marie Stinson__
Write your full name here.

Case No. __8:21-CR-343-SDM-AAS__
(write the number of your criminal case)

MOTION FOR SENTENCE
REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)
(Compassionate Release)
(*Pro Se* Prisoner)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☑ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

Page 1 of 6

## I. SENTENCE INFORMATION

Date of sentencing: __04/20/22__

Term of imprisonment imposed: __78 months (6yrs 6months)__

Approximate time served to date: __23.8 %__

Projected release date: __04/08/2027__

Length of Term of Supervised Release: __3yrs__

Have you filed an appeal in your case?

☐ Yes

☑ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☑ No

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☑ Yes, I submitted a request for compassionate release to the warden on <u>Jan. 20, 2023</u>.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date): _____.

☑ No. I did not receive a response yet.

### III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

A. Are you 70 years old or older?

☐ Yes.

☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☑ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☑ No.

B. Do you believe there are other extraordinary and compelling reasons for your release?

☑ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

- ☐ I have been diagnosed with a terminal illness.

- ☑ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

- ☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

- ☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

- ☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

- ☑ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

Petitioner is suffering from severe asthma a respitory disease that without proper treatment and preventative measures can be very fatal. Petitioner is being denied her standard medical treatments to treat and contain her disease such as breathing treatments. Even simple "home remedies" to help ease the symptoms of asthma such as hot showers are impossible as there is not adequate hot water in the showers. With the threat of contracting and dying from Covid 19 still a very real factor in the prison setting Petitioner Stinson is requesting Compassionate Release with ankle monitor.

IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| Additional medical information | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| Exhibit A (pgs 1-3) | ☑ Yes | | ☑ Yes | ☐ No |
| Exhibit B (pgs 1 of 1) | ☑ Yes | | ☑ Yes | ☐ No |

V.   REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

VI.   MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

_____     _____
Date                                            Signature

DeAnna Marie Stinson
Name

66358-509
Bureau of Prisons Register #

Tallahassee Federal Correctional Institution
Bureau of Prisons Facility

PO Box 5000 Tallahassee, FL 32314
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT
FOR THE
__Middle__ DISTRICT OF __Florida__

UNITED STATES OF AMERICA

v.

Case No. __8:21-CR-343-SDM-AAS__
(write the number of your criminal case)

__DeAnna Marie Stinson__
Write your full name here.

PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

 Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

5106 Mayfair Park Court
Tampa, Florida 33647

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

The above stated address where I will reside is my home I own it

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

I live alone, but if need be my parents Dr. Robert and Barbara Stinson can move in to live with me.

If you have employment secured, provide the name and address of your employer and describe your job duties:

Bible Based Fellowship Church of Temple Terrace 4816 N. 48th Street Temple Terrace, FL 33617
On Point Behavioral Health 3206 Cove Bend Drive Tampa, FL 33612
I am an Accountant - Perform daily accounting functions

List any additional housing or employment resources available to you:

I can live with my friend:
Tasha McNeil 4783 Puritan Circle Tampa, FL 33617

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

B. Medical needs

Will you require ongoing medical care if you are released from prison?

☑ Yes

☐ No

Will you have access to health insurance if released?

☐ Yes

☑ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

_____

_____

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☑ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☐ Yes

☑ No

If yes, please include them with your motion. If no, where are the records located?

My records are located here at Tallahassee FCI
                                    Po Box 5000 Tallahassee, FL 32314

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☑ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

Mometasone Furoate Inhaler 220 mg daily, Furosemide 40 mg daily. Also wear compression stockings day and night

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☑ Yes

☐ No

If yes, list equipment:

Compression Stockings

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☑ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☑ No

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

___N/A___

Are the people you are proposing to reside with aware of your medical needs?

☑ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☑ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

Tasha McNeil - Friend - 49   Kim & Kevin Williams - Friends - 38 & 40
David & Tangela Mobley - Friends - 52 & 49   Dr Jennifer Meningall - friend - 55

Will you have transportation to and from your medical appointments?

☑ Yes

☐ No

Describe method of transportation:

I own my own vehicle - a 2012 Range Rover Evoque

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

_____    _____*DeAnna Stinson*_____
Date                                                                    Signature

**DeAnna Marie Stinson**
Name

**66358-509**
Bureau of Prisons Register #

**Tallahassee Federal Correctional Institution**
Bureau of Prisons Facility

**PO Box 5000 Tallahassee, FL 32314**
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
## __Middle__ DISTRICT OF __Florida__

UNITED STATES OF AMERICA

v.

Case No. __8:21-CR-343-SDM-AAS__
(write the number of your criminal case)

__DeAnna Marie Stinson__
Write your full name here.

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

> **NOTICE**
>
> The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

 ☑ Yes

☐ No

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

_____    _____
Date                                              Signature

**Name:** DeAnna Marie Stinson

**Bureau of Prisons Register #:** 66358-509

**Bureau of Prisons Facility:** Tallahassee Federal Correctional Institution

**Institution's Address:** PO Box 5000 Tallahassee, FL 32314

Supplement to Motion For Sentence Reduction Under 18:U.S.C. §3582(c)(1)(A) (Compassionate Release) (Pg 1-3)

Exhibit A

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

__Tampa__ DIVISION

__Supplement to Motion For Sentence Reduction Under 18:U.S.C.§3582 (c)(1)(A) (Compassionate Release)__

__DeAnna Marie Stinson__,

INMATE # __66358-509__.

Tallahassee FCI
PO Box 5000
Tallahassee, FL 32314 .

ADDRESS OF PLACE OF CONFINEMENT

VS.

CASE NO: __8:21-cr-343-SDM-AAS__

__United States of America__
_____,
_____,
_____,
_____.

(P1 of 3)

Comes Now, Petitioner, DeAnna Marie Stinson, pro se' respectfully entering this Supplement to Motion For Sentence Reduction Under 18: U.S.C §3582 (c)(1)(A) (Compassionate Release)

Petitioner is pleading with the Honorable Court to reduce her sentence and send her home on an ankle monitor and/or other specified supervision to reduce considerably the very real dire risk she faces of contracting and dying of Covid 19 as the Petitioner Ms. Stinson suffers from severe asthma and has her whole life. As you will see with Exhibit B which is attached to this CR motion inmate Joneka Danielle Treece who was considerably younger than Petitioner Stinson, yet suffered from severe asthma also died in the custody of the BOP at Tallahassee FCI where the Petitioner Ms Stinson now resides.

Petitioner DeAnna Stinson has been to the medical department here at Tallahassee FCI a number of times in the effort to get proper medical treatment for her asthma, but is being denied proper medications, breathing treatments, and outside pulmonary appointments that she desperately needs. Although she takes her own precautions such as wearing her mask around other inmates there is only so much you can do to

(pg 2 of 3)

protect yourself in the Congregate living setting such as prison.

    Petitioner DeAnna Stinson also pleads with the Court to assign her an attorney for the purposes of helping her attain her medical records and relay and advocate for her to the court such things as failure of the facility to properly supply hand soap in the bathrooms, provide adequate medical care, provide hot water for showers, or fix hot water machines for warm liquids or to prepare food, among other neglect.

Conclusion

    Petitioner DeAnna Marie Stinson asks that the Honorable Court appoint her counsel and grant her Motion Pursuant 18: U.S.C §3582(c)(1)(A)

Date Feb. 20, 2023      Respectfully Submitted,
Inmate Reg# 66358-509

DeAnna Marie Stinson
Tallahassee FCI
PO Box 5000
Tallahassee, FL 32314

(pg 3 of 3)

Obituary of Joneka Danielle Treece (Pg 1 of 1)

Exhibit B

This is the obituary of a young lady who suffered from the exact same disease of asthma and contracted Covid 19 here at Tallahassee FCI and died as a result. Petitioner has the same illness and is in danger of the same result if she contracts Covid 19 in prison.

### JONEKA DANIELLE CUADRAS TREECE

Joneka Danielle Cuadras Treece, 41, departed this life Friday, October 15, 2021 at Capital Regional Medical Center in Tallahassee, Florida. She was born January 7, 1980 in Morristown to Bruno and Gail Cuadras.



Treece

She was preceded in death by her grandparents, Earl and Pansy Short, and Raymond and Angela Cuadras; uncles, Bobby Short and Johnny Cuadras; and special cousin, Vanessa D. Cuadras Thompson.

Joneka leaves to cherish her memory her parents, Gail Cuadras and Bruno (Althea) Cuadras; sons, Alex (Mariah) McLain, Isaiah (Mekhila) McLain, Nassiah Treece and Christyan Chaffin; granddaughter, Gracelyn McLain; grandson ZaeKoby McLain; sister, Maranda Cuadras; brother, Brandon Cuadras; and several aunts, uncles, nieces, nephews, cousins, other relatives and friends.

The family will receive friends 5 – 7 p.m., Friday, October 22 at Dockery-

(pg 10 of 1)