

Sam M Gibbons U.S. Courthouse
801 Florida Avenue - 2nd Floor
Tampa, FL 33602

SCREENED
BY USMS

Stinson
P.O. Box 5000
Tallahassee. FL 32314

