UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO STINSON'S MOTION FOR COMPASSIONATE RELEASE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Motion for Extension of Time within which to file response to Stinson's Motion for Compassionate Release (Doc. 77) filed on February 27, 2023, and would state:

1. At the present, the Government's response is due on March 14, 2023.

2. The undersigned will be out of the country beginning on March 2, 2023, through March 13, 2023. Therefore, will not be able to file a response by the due date of March 14, 2023.

WHEREFORE, the United States of America, moves for an extension of 14 days, March 28, 2023, within which to file government's responses to those motions filed by the defendant.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Lisa M. Thelwell*
        Lisa M. Thelwell
        Assistant United States Attorney
        Florida Bar No. 100809
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Lisa.Thelwell@usdoj.gov

U.S. v. De Anna Marie Stinson    Case No. 8:21-cr-343-SDM-AAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2023, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant(s):

De Anna Marie Stinson
Register #: 66358-509
Citrus County Detention Facility
2604 W. Woodland Ridge Dr.
Lecanto, FL 34461

            */s/ Lisa M. Thelwell*
            Lisa M. Thelwell
            Assistant United States Attorney
            Florida Bar No. 100809
            400 N. Tampa St., Ste. 3200
            Tampa, FL 33602-4798
            Telephone: (813) 274-6000
            Facsimile: (813) 274-6358
            E-mail: Lisa.Thelwell@usdoj.gov