```
COABY            *        INMATE DISCIPLINE DATA        *    02-28-2023
PAGE 001 OF 001  *     CHRONOLOGICAL DISCIPLINARY RECORD *    13:54:34

REGISTER NO: 66358-509 NAME..: STINSON, DE ANNA MARIE
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-28-2023




G5401         DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```