```
COABY              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *         02-28-2023
PAGE 001 OF 001                                                              13:55:11
          FUNCTION: L-P  SCOPE: REG   EQ 66358-509         OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
 DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
 DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT  RDU
 DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT  TRT
 STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
 SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
 EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _
 RCV  OFC : EQ ____   ____   ____   ____   ____   ____
 TRACK: DEPT:  _____   _____   _____   _____   _____   _____
        PERSON: ___   ___   ___   ___   ___   ___
          TYPE: ___   ___   ___   ___   ___   ___
 EVNT FACL: EQ ____   ____   ____   ____   ____   ____
 RCV FACL.: EQ ____   ____   ____   ____   ____   ____
 RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
 RCV QTR..: EQ _____ _____ _____ _____ _____ _____
 ORIG FACL: EQ ____   ____   ____   ____   ____   ____
 ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
 ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


 G5152         NO REMEDY DATA EXISTS FOR THIS INMATE
```