```
COABY            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *         03-27-2023
PAGE 001 OF 001                                                           15:59:24
         FUNCTION: L-P SCOPE: REG   EQ 66358-509        OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _
RCV  OFC : EQ ____  ____  ____  ____  ____  ____
TRACK: DEPT:  _____ _____ _____ _____ _____ _____
       PERSON: ___ ___ ___ ___ ___ ___
       TYPE:   ___ ___ ___ ___ ___ ___
EVNT FACL: EQ ____  ____  ____  ____  ____  ____
RCV FACL.: EQ ____  ____  ____  ____  ____  ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____  ____  ____  ____  ____  ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____


G5152         NO REMEDY DATA EXISTS FOR THIS INMATE
```