U.S. v. De Anna Marie Stinson      Case No. 8:21-cr-343-SDM-AAS

# Exhibit D – placeholder for Medical Records 2/28/22 – 2/28/23, filed under seal to protect the defendant's privacy