United States District Court
For The Middle District of Florida
Tampa Division

Dear Clerk of Court,

    Some time ago I submitted a Motion for Compassionate Release/Reduction of Sentence, but never recieved acknowledgement that it was recieved or filed.

    We sometimes have problems with our mail room. Could you please send me a receipt that it was filed or a docket report showing that it was recieved and filed.

    Thank you so much for your time and efforts regarding this matter.

Sincerly,

*[signature]*

Deanna Stinson
# 66635B-509
Tallahassee FCI
PO Box 5000
Tallahassee, FL 37314