Tallahassee FCI
Deanna Stinson #66358-509
PO Box 5000
Tallahassee, FL 32314

TALLAHASSEE FL 323
30 MAR 2023 PM 3 L

SCREENED
BY USMS

United States Clerk of Court
For the Middle District of Florida
Tampa-Division
801 North Florida Ave 2nd Floor
Tampa, Florida 33602

33602—36063