**United States District Court for the** Middle
**District of** Florida

_United States of America_

**Plaintiff,**

**vs.**

CASE NO. 8:21-cr-343-SDM-AAS

_Deanna Marie Stinson_

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that _Deanna Marie Stinson_, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the 11th Circuit from _Compassionate Release/_
(the final judgment) (from an

_Reduction in Sentence_ entered in this action on the 5th day of
order (describing it))

_April_, 2023.

(s) _[signature]_

Address: Tallahassee FCI  #46358-509
PO Box 5000
Tallahassee, FL 32314

Attorney for _____

cc: Opposing Counsel ✓
Court of Appeals ✓

6CA-3
1/99