Tallahassee FCI
DeAnna Stinson #W358-509
PO Box 5000
Tallahassee, FL 32314

United States District Court
Middle District of Florida
Office of the Clerk
United States Courthouse
801 North Florida Avenue
2nd Floor
Tampa, Florida 33602

SCREENED
By USMS

