**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren							Kristin Esposito
Clerk of Court								Tampa Division Manager

**DATE:** April 18, 2023

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON

**U.S.C.A. Case No.:**        UNKNOWN

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- 

- Honorable Steven D. Merryday, Chief United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

- Court Reporter: Rebecca Sabo

ELIZABETH M. WARREN, CLERK

By:    s/C. Roberts, Deputy Clerk

APPEAL, CLOSED, CUSTODY, SL DOC

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: <u>8:21−cr−00343−SDM−AAS</u>−1

Case title: USA v. Stinson

Magistrate judge case number: 8:21−mj−01955−CPT

Date Filed: 10/13/2021

Date Terminated: 04/21/2022

Assigned to: Judge Steven D. Merryday
Referred to: Magistrate Judge Amanda Arnold Sansone

**Defendant (1)**

| | | |
|---|---|---|
| **De Anna Marie Stinson**<br>*TERMINATED: 04/21/2022* | represented by | **De Anna Marie Stinson**<br>66358−509<br>TALLAHASSEE<br>FEDERAL CORRECTIONAL INSTITUTION<br>Inmate Mail/Parcels<br>P.O. Box 5000<br>TALLAHASSEE, FL 32301<br>PRO SE<br><br>**Alec Fitzgerald Hall**<br>Federal Public Defender's Office<br>400 N Tampa St Ste 2700<br>Tampa, FL 33602−4726<br>813/228−2715 Ext. 126<br>Fax: 813/228−2562<br>Email: Alec_Hall@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Nicole Valdes Hardin**<br>Federal Public Defender's Office<br>400 N Tampa St Ste 2700<br>Tampa, FL 33602−4726<br>813−228−2715<br>Fax: 813−228−2562<br>Email: nicole_hardin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Designation: Public Defender or Community Defender Appointment*

**Percy King**
Federal Public Defender
400 N. Tampa St., Suite 2700
Tampa, FL 33602
Email: Percy_King@fd.org
*TERMINATED: 09/29/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1958–7471.F RACKETEERING – MURDER (1) | Imprisonment: 78 months; Supervised Release: 3 years; Fine: $1000; Special Assesment: $100; Restitution: $11,403.70 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18 USC 373 – SOLICITATION TO COMMIT A CRIME OF VIOLENCE and 18 USC 1958 – MURDER FOR HIRE | |

---

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **Julie A. Simonsen** United States Attorney's Office 400 N. Tampa Street., Suite 3200 Tampa, FL 33602 813–301–3067 Email: julie.simonsen@usdoj.gov *ATTORNEY TO BE NOTICED* |
| | | **Lisa Marie Thelwell** |

US Attorney's Office – FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602–4798
813–274–6000
Email: Lisa.Thelwell@usdoj.gov
ATTORNEY TO BE NOTICED
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/22/2021 | 1 | | COMPLAINT as to De Anna Marie Stinson (1). (AMS) [8:21–mj–01955–CPT] (Entered: 09/23/2021) |
| 09/23/2021 | | | Arrest of De Anna Marie Stinson on 9/23/2021 (AMS) [8:21–mj–01955–CPT] (Entered: 09/23/2021) |
| 09/23/2021 | 4 | | ORAL MOTION to Appoint Counsel, ORAL MOTION for Release from Custody by De Anna Marie Stinson. (AMS) [8:21–mj–01955–CPT] (Entered: 09/24/2021) |
| 09/23/2021 | 5 | | ORAL MOTION for Detention by USA as to De Anna Marie Stinson. (AMS) [8:21–mj–01955–CPT] (Entered: 09/24/2021) |
| 09/23/2021 | 6 | | Minute Entry for Virtual proceedings held before Magistrate Judge Christopher P. Tuite: granting 4 Motion to Appoint Counsel as to De Anna Marie Stinson (1); denying 4 Motion for Release from Custody as to De Anna Marie Stinson (1); granting 5 Motion for Detention as to De Anna Marie Stinson (1); Initial Appearance as to De Anna Marie Stinson held on 9/23/2021; Detention Hearing as to De Anna Marie Stinson held on 9/23/2021. (DIGITAL) (AMS) [8:21–mj–01955–CPT] (Entered: 09/24/2021) |
| 09/23/2021 | 7 | | **ORDER as to De Anna Marie Stinson: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/01/2020. (AMS)** [8:21–mj–01955–CPT] (Entered: 09/24/2021) |
| 09/23/2021 | 8 | | **ORAL ORDER as to De Anna Marie Stinson: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Magistrate Judge Christopher P. Tuite on 9/23/2021. (AMS)** [8:21–mj–01955–CPT] (Entered: 09/24/2021) |
| 09/23/2021 | 9 | | NOTICE OF HEARING as to De Anna Marie Stinson: Preliminary Examination set for 10/5/2021 at 01:00 PM via Zoom Video Conference before |

| | | | |
|---|---|---|---|
| | | | Magistrate Judge Christopher P. Tuite. The Court intends to conduct this proceeding by Zoom video conference. Defense counsel is hereby directed to consult with the Defendant regarding whether the Defendant consents to having the hearing proceed by video. Counsel will receive a Zoom video hearing invitation via e–mail separately.(AMS) [8:21–mj–01955–CPT] (Entered: 09/24/2021) |
| 09/24/2021 | 10 | | **ORDER OF DETENTION PENDING TRIAL as to De Anna Marie Stinson. Signed by Magistrate Judge Christopher P. Tuite on 9/24/2021. (WFM)** [8:21–mj–01955–CPT] (Entered: 09/24/2021) |
| 09/24/2021 | 11 | | ARREST Warrant Returned Executed on 9/23/2021 as to De Anna Marie Stinson. (LSS) [8:21–mj–01955–CPT] (Entered: 09/27/2021) |
| 09/29/2021 | 12 | | NOTICE OF ATTORNEY APPEARANCE: Alec Fitzgerald Hall appearing for De Anna Marie Stinson *and Substitution of Counsel* (Hall, Alec) [8:21–mj–01955–CPT] (Entered: 09/29/2021) |
| 09/29/2021 | 13 | | NOTICE OF ATTORNEY APPEARANCE: Nicole Valdes Hardin appearing for De Anna Marie Stinson *and Substitution of Counsel* (Hardin, Nicole) [8:21–mj–01955–CPT] (Entered: 09/29/2021) |
| 09/29/2021 | 14 | | NOTICE OF ATTORNEY APPEARANCE: Nicole Valdes Hardin appearing for De Anna Marie Stinson *and Substitution of Counsel* (Hardin, Nicole) [8:21–mj–01955–CPT] (Entered: 09/29/2021) |
| 10/01/2021 | 15 | | NOTICE OF RESCHEDULING HEARING (AS TO COURTROOM ONLY) as to De Anna Marie Stinson. Preliminary Examination set for 10/5/2021 at 01:00 PM in Tampa Courtroom 12 B before Magistrate Judge Christopher P. Tuite. (Previously scheduled for Zoom).(AMS) [8:21–mj–01955–CPT] (Entered: 10/01/2021) |
| 10/05/2021 | 16 | | EXHIBIT LIST by USA as to De Anna Marie Stinson (Thelwell, Lisa) [8:21–mj–01955–CPT] (Entered: 10/05/2021) |
| 10/05/2021 | 17 | | Minute Entry for In Person proceedings held before Magistrate Judge Christopher P. Tuite: Preliminary Hearing as to De Anna Marie Stinson held on 10/5/2021. (DIGITAL) (AMS) [8:21–mj–01955–CPT] (Entered: 10/06/2021) |
| 10/05/2021 | 20 | | EXHIBIT LIST by USA as to De Anna Marie Stinson (Attachments: # 1 Exhibit 1 – Criminal Complaint)(AMS) [8:21–mj–01955–CPT] (Entered: 10/06/2021) |
| 10/06/2021 | 21 | | **ORDER Finding Probable Cause as to De Anna Marie Stinson. Signed by Magistrate Judge Christopher P. Tuite on 10/6/2021. (AMS)** [8:21–mj–01955–CPT] (Entered: 10/06/2021) |
| 10/11/2021 | 22 | | MOTION for Bond *and District Court Review of Pretrial Detention Order* by De Anna Marie Stinson. (Hall, Alec) [8:21–mj–01955–CPT] (Entered: 10/11/2021) |
| 10/13/2021 | 23 | | INDICTMENT returned in open court as to De Anna Marie Stinson (1) count(s) 1. (CTR) (Additional attachment(s) added on 10/13/2021: # 1 Restricted Unredacted Indictment) (CTR). (Entered: 10/13/2021) |
| 10/22/2021 | 25 | | |

| | | | |
|---|---|---|---|
| | | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by De Anna Marie Stinson. Motion referred to Amanda Arnold Sansone. (Hall, Alec) (Entered: 10/22/2021) |
| 10/26/2021 | 26 | | **ORDER granting 25 Waiver of Presence at Arraignment as to De Anna Marie Stinson (1). Signed by Magistrate Judge Amanda Arnold Sansone on 10/26/2021. (CDM)** (Entered: 10/26/2021) |
| 10/26/2021 | 27 | | **<span style="color:green">PRETRIAL discovery order and notice</span> as to De Anna Marie Stinson Jury Trial set for trial term commencing 12/6/2021 at 09:00 AM in Tampa Courtroom 15 A before Judge Steven D. Merryday. Status Report due by 11/10/2021. Signed by Magistrate Judge Amanda Arnold Sansone on 10/26/2021. (CDM)** (Entered: 10/26/2021) |
| 10/27/2021 | 28 | | MOTION to Extend Time to file response to defendant's motion regarding bond (Doc. 22) by USA as to De Anna Marie Stinson. (Thelwell, Lisa) (Entered: 10/27/2021) |
| 10/28/2021 | 29 | | **ENDORSED ORDER: After allowing expiration of the permitted time in which to respond, the United States moves for leave to respond no later than October 29, 2021, to the defendant's motion (Doc. 22) for review of a detention order. Because the United States moved with reasonable diligence and because of the nature of the matter at issue and the importance of receiving a statement of the United States' position on whether the requested relief is warranted, the 28 motion is GRANTED. The United States must respond not later than October 29, 2021. Signed by Judge Steven D. Merryday on 10/28/2021.** (Entered: 10/28/2021) |
| 10/29/2021 | 30 | | RESPONSE in Opposition by USA as to De Anna Marie Stinson re 22 MOTION for Bond *and District Court Review of Pretrial Detention Order* (Thelwell, Lisa) (Entered: 10/29/2021) |
| 11/05/2021 | 31 | | **ORDER denying 22−−motion for bond; affirming the magistrate judge's order. Signed by Judge Steven D. Merryday on 11/5/2021. (DAS)** (Entered: 11/05/2021) |
| 11/10/2021 | 32 | | STATUS REPORT by USA as to De Anna Marie Stinson (Thelwell, Lisa) (Entered: 11/10/2021) |
| 11/15/2021 | 33 | | Unopposed MOTION to Continue trial by De Anna Marie Stinson. (Hall, Alec) (Entered: 11/15/2021) |
| 11/17/2021 | 34 | | **ORDER granting 33 Motion to Continue as to De Anna Marie Stinson (1) Jury Trial set for January Trial Calendar. Signed by Judge Steven D. Merryday on 11/16/2021. (DAY)** (Entered: 11/17/2021) |
| 12/13/2021 | 35 | | STATUS REPORT *(Joint)* by USA as to De Anna Marie Stinson (Thelwell, Lisa) (Entered: 12/13/2021) |
| 12/17/2021 | 36 | | **TRIAL CALENDAR for trial term January 2022. Signed by Judge Steven D. Merryday on 12/15/2021. (DAY)** (Entered: 12/17/2021) |
| 12/17/2021 | 37 | | Unopposed MOTION to Continue trial by De Anna Marie Stinson. (Hall, Alec) (Entered: 12/17/2021) |
| 12/21/2021 | 38 | | |

5

| | | | |
|---|---|---|---|
| | | | **ORDER granting 37 Motion to Continue as to De Anna Marie Stinson (1) Jury Trial set for February Trial Term before Judge Steven D. Merryday. Signed by Judge Steven D. Merryday on 12/20/2021. (DAY)** (Entered: 12/21/2021) |
| 01/07/2022 | 39 | | NOTICE of maximum penalty, elements of offense, personalization of elements and factual basis by USA as to De Anna Marie Stinson (Thelwell, Lisa) (Entered: 01/07/2022) |
| 01/10/2022 | 40 | | NOTICE OF HEARING as to De Anna Marie Stinson: Change of Plea Hearing set for 1/19/2022 at 02:00 PM in Zoom Video Conference before Magistrate Judge Amanda Arnold Sansone. (CDM) (Entered: 01/10/2022) |
| 01/10/2022 | 41 | | STATUS REPORT *Joint* by USA as to De Anna Marie Stinson (Thelwell, Lisa) (Entered: 01/10/2022) |
| 01/19/2022 | 42 | | Minute Entry for Virtual proceedings held before Magistrate Judge Amanda Arnold Sansone: Change of Plea Hearing as to De Anna Marie Stinson held on 1/19/2022. (via zoom) (CDM) (Entered: 01/19/2022) |
| 01/19/2022 | 43 | | ORAL CONSENT to plead guilty by video conference before a magistrate judge and to institute a presentence investigation and disclose the report before conviction or plea of guilty as to De Anna Marie Stinson. (CDM) (Entered: 01/19/2022) |
| 01/19/2022 | 44 | | **REPORT AND RECOMMENDATIONS Concerning Plea of Guilty re: count One of the Indictment as to De Anna Marie Stinson. Signed by Magistrate Judge Amanda Arnold Sansone on 1/19/2022. (CDM)** (Entered: 01/19/2022) |
| 02/03/2022 | 46 | | ACCEPTANCE OF PLEA of guilty and adjudication of guilt re: count(s) one of the indictment as to De Anna Marie Stinson. Signed by Judge Steven D. Merryday on 2/3/2022.(Sentencing set for 4/20/2022 at 09:00 AM in Tampa Courtroom 15 A before Judge Steven D. Merryday.) (DAY) (Entered: 02/03/2022) |
| 03/29/2022 | 48 | | Unopposed MOTION for Miscellaneous Relief, specifically to Pay Restitution Prior to Sentencing and Entry of Judgment by De Anna Marie Stinson. (Hall, Alec) (Entered: 03/29/2022) |
| 03/31/2022 | 49 | | **ENDORSED ORDER granting 48Motion to Pay Restitution Prior to Sentencing and Entry of Judgment as to De Anna Marie Stinson. Signed by Judge Steven D. Merryday on 3/31/2022. (DAY)** (Entered: 03/31/2022) |
| 04/13/2022 | 52 | | TRANSCRIPT of Initial Appearance/Detention Hearing as to De Anna Marie Stinson held on 10−05−21 before Judge Christopher P. Tuite. Court Reporter/Transcriber Bill Jones, Telephone number 18133016158. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/4/2022 Redacted Transcript Deadline set for 5/16/2022 Release of Transcript Restriction set for 7/12/2022. (HWJ) (Entered: 04/13/2022) |
| 04/13/2022 | 53 | | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request |

| | | | |
|---|---|---|---|
| | | | Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to De Anna Marie Stinson. Court Reporter: Bill Jones (HWJ) (Entered: 04/13/2022) |
| 04/14/2022 | 54 | | SENTENCING MEMORANDUM by De Anna Marie Stinson (Hall, Alec) (Entered: 04/14/2022) |
| 04/15/2022 | 55 | | SENTENCING MEMORANDUM by USA as to De Anna Marie Stinson (Thelwell, Lisa) (Entered: 04/15/2022) |
| 04/19/2022 | 59 | | EXHIBIT LIST by USA as to De Anna Marie Stinson (Thelwell, Lisa) (Entered: 04/19/2022) |
| 04/20/2022 | 61 | | Minute Entry for In Person proceedings held before Judge Steven D. Merryday: SENTENCING held on 4/20/2022 for De Anna Marie Stinson (1), Count(s) 1, Imprisonment: 78 months; Supervised Release: 3 years; Fine: $1000; Special Assesment: $100; Restitution: $11,403.70. Court Reporter: Rebecca Sabo (DAY) (Entered: 04/21/2022) |
| 04/20/2022 | 64 | | EXHIBIT LIST by USA as to De Anna Marie Stinson (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) Exhibit 4 is an audio file in CD format and is located in the Clerk's Office.(DAY) (Entered: 04/21/2022) |
| 04/21/2022 | 62 | | **JUDGMENT as to De Anna Marie Stinson (1), Count(s) 1, Imprisonment: 78 months; Supervised Release: 3 years; Fine: $1000; Special Assesment: $100; Restitution: $11,403.70 Signed by Judge Steven D. Merryday on 4/21/2022. (DAY) (Entered: 04/21/2022)** |
| 04/28/2022 | 65 | | SATISFACTION of JUDGMENT as to De Anna Marie Stinson. (Jewell, Jillian) (Entered: 04/28/2022) |
| 05/11/2022 | 66 | | NOTICE OF ATTORNEY APPEARANCE Julie A. Simonsen appearing for USA. (Simonsen, Julie) (Entered: 05/11/2022) |
| 05/11/2022 | 67 | | MOTION for Miscellaneous Relief, specifically United States' Motion for Reimbursement of Legal Fees Under the Criminal Justice Act by USA as to De Anna Marie Stinson. (Simonsen, Julie) (Entered: 05/11/2022) |
| 05/12/2022 | 68 | | NOTICE *Attached Composite Exhibit A* by USA as to De Anna Marie Stinson re 67 MOTION for Miscellaneous Relief, specifically United States' Motion for Reimbursement of Legal Fees Under the Criminal Justice Act . (Simonsen, Julie) (Entered: 05/12/2022) |
| 06/02/2022 | 69 | | **ORDER directing response to 67 MOTION for Reimbursement of Legal Fees Under the Criminal Justice Act as to De Anna Marie Stinson. Response due by 6/16/2022. Signed by Magistrate Judge Amanda Arnold Sansone on 6/2/2022. (BEE)** (Entered: 06/02/2022) |
| 06/03/2022 | 70 | | **ORDER REFERRING MOTION--67 motion for reimbursement of legal fees. Signed by Judge Steven D. Merryday on 6/3/2022. (DAS) Motions referred to Magistrate Judge Amanda Arnold Sansone.** (Entered: 06/03/2022) |

| | | | |
|---|---|---|---|
| 06/06/2022 | 71 | | **AMENDED ORDER directing response to 67 MOTION for Reimbursement of Legal Fees Under the Criminal Justice Act as to De Anna Marie Stinson. Response due by 6/30/2022. Signed by Magistrate Judge Amanda Arnold Sansone on 6/6/2022. (BEE)** (Entered: 06/06/2022) |
| 06/30/2022 | 72 | | RESPONSE 67 MOTION for Miscellaneous Relief, specifically United States' Motion for Reimbursement of Legal Fees Under the Criminal Justice Act by De Anna Marie Stinson (Hall, Alec) (Entered: 06/30/2022) |
| 07/13/2022 | 73 | | **ORDER granting 67 Motion as to entitlement to reimbursement of legal fees. Signed by Magistrate Judge Amanda Arnold Sansone on 7/13/2022. (BEE)** (Entered: 07/13/2022) |
| 11/28/2022 | 75 | | Unopposed MOTION for Miscellaneous Relief, specifically Unopposed Motion for Order Directing Reimbursement for Legal Representation by USA as to De Anna Marie Stinson. (Simonsen, Julie) (Entered: 11/28/2022) |
| 12/28/2022 | 76 | | **ORDER granting 75--motion as to De Anna Marie Stinson (1). Signed by Judge Steven D. Merryday on 12/28/2022. (DAS)** (Entered: 12/28/2022) |
| 02/27/2023 | 77 | | MOTION for compassionate release by De Anna Marie Stinson. (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 02/28/2023) |
| 03/01/2023 | 78 | | MOTION to Extend Time to File Response to Stinson's Motion for Compassionate Release by USA as to De Anna Marie Stinson. (Thelwell, Lisa) (Entered: 03/01/2023) |
| 03/09/2023 | 79 | | **ENDORSED ORDER granting 78--motion to extend time; response by United States due March 28, 2023. Signed by Judge Steven D. Merryday on 3/9/2023. (DAS)** (Entered: 03/09/2023) |
| 03/13/2023 | 80 | | Judgment Returned Executed as to De Anna Marie Stinson on 7/11/2022. Institution: Tallahassee. (CTR) (Entered: 03/14/2023) |
| 03/28/2023 | 81 | | RESPONSE in Opposition by USA as to De Anna Marie Stinson re 77 MOTION for compassionate release (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Thelwell, Lisa) (Entered: 03/28/2023) |
| 04/03/2023 | 83 | | NOTICE of inquiry by De Anna Marie Stinson re 77 MOTION for compassionate release. (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 04/04/2023) |
| 04/05/2023 | 84 | | **ORDER denying 77--motion for compassionate release; granting 82--motion to seal; directing clerk to preserve the seal for Stinson's medical records attached as exhibit 1 to document 82 but directing the clerk to remove the seal from the motion to seal at document 82. Signed by Judge Steven D. Merryday on 4/5/2023. (DAS)** (Entered: 04/05/2023) |
| 04/17/2023 | 86 | | NOTICE OF APPEAL by De Anna Marie Stinson re 84 Order on Motion to Reduce Sentence – First Step Act Sealed Order on Sealed Motion for Leave to File Under Seal,. Filing fee not paid (Attachments: # 1 Mailing Envelope)(CTR) (Entered: 04/18/2023) |

8

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON
_____/

**ORDER**

Convicted of a murder-for-hire plot, De Anna Marie Stinson moves (Doc. 77) for compassionate release. The United States responds (Doc. 81) in opposition.

In 2021, Stinson accessed a website on the "dark web" to hire a hitman to kill the spouse of a former lover of Stinson's. Stinson requested that the administrator of the website assign the matter "to someone who has a history of getting jobs done" and instructed the hitman: "Do not do at home. Any place else is fine. Need completed during July — preferably between July 5th and July 11th." Stinson furnished the victim's name, address, and photograph and paid the website more than $12,307.61 in Bitcoin. An undercover FBI agent posing as a hitman communicated with Stinson, who paid the agent $350 in Bitcoin to purchase a firearm for the murder and was later arrested. Stinson has no other criminal history or physical or mental illness. Stinson was sentenced to 78 months' imprisonment, and the Bureau of Prisons projects her release on January 8, 2027. Stinson is incarcerated at Tallahassee FCI and has served 18 months of her sentence.

Under 18 U.S.C. § 3582, a district court "may reduce the term of imprisonment . . . after considering the factors set forth in section 3553(a) to the extent that they are applicable, if [the district court] finds that . . . extraordinary and compelling reasons warrant such a reduction . . . and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." Under the "applicable policy statement," U.S.S.G. § 1B1.13, the "extraordinary and compelling reasons" warranting reduction comprise "(A) a terminal illness or a serious medical condition, (B) old age, (C) certain family circumstances, and (D) other reasons, other than or in combination with those listed in (A) through (C), as determined by the BOP Director." The policy statement is exhaustive and "does not grant discretion to courts to develop 'other reasons' that might justify a reduction in a defendant's sentence." *United States v. Bryant*, 996 F.3d 1243, 1247–48 (11th Cir. 2021). Even if the defendant presents an "extraordinary and compelling reason," the policy statement prohibits a reduction unless "[t]he defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)."

In the motion (Doc. 77) for compassionate release, Stinson reports that her "severe asthma" creates a heightened risk of dying from COVID-19, that she is "denied" medical treatment in prison, and that the prison lacks adequate hand soap and heating for showers. Under U.S.S.G. § 1B1.13 Note 1.A, the medical condition of the defendant qualifies as "extraordinary and compelling" in these circumstances:

> (i) The defendant is suffering from a terminal illness (i.e., a serious and advanced illness with an end of life trajectory). A specific prognosis of life expectancy (i.e., a probability of death within a specific time period) is not required. Examples include

>> metastatic solid-tumor cancer, amyotrophic lateral sclerosis (ALS), end-stage organ disease, and advanced dementia.
>
> (ii) The defendant is—
>
>> (I) suffering from a serious physical or medical condition,
>>
>> (II) suffering from a serious functional or cognitive impairment, or
>>
>> (III) experiencing deteriorating physical or mental health because of the aging process,
>
> that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover.

As explained by the United States in opposition, none of Stinson's ailments — whether considered singly or collectively — constitutes a terminal illness under (i) or a serious condition that substantially diminishes the ability to self-care under (ii). Although diagnosed with asthma, Stinson's medical records reveal regular medical treatment and the prescription of a Mometasone Furate inhaler. Stinson has no "terminal illness" and has the ability for self-care while in prison.

Further, the Section 3553(a) sentencing factors weigh against her release. Eighteen months in prison for a crime fundamentally incompatible with civilized society would not "reflect the seriousness of the offense," "promote respect for the law," "provide just punishment for the offense," or "protect the public from further crimes." Stinson's contrition is acknowledged, but the Section 3553 factors weigh decisively against her release after a mere eighteen months of incarceration for plotting murder-for-hire.

For these and other reasons explained by the United States in opposition (Doc. 81), the motion (Doc. 77) is **DENIED**. The United States' motion (Doc. 82) to seal Stinson's medical records is **GRANTED**, and Stinson's medical records (Doc. 82-1) remain **UNDER SEAL**. However, the clerk must remove the provisional seal from the motion (Doc. 82) to seal, which presents no information qualifying for sealing. (Of course, the medical records (Doc. 82-1) remain under seal).

ORDERED in Tampa, Florida, on April 5, 2023.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

United States District Court for the __Middle__
District of __Florida__

__United States of America__

Plaintiff,

vs.                                             CASE NO. __8:21-cr-343-SDM-AAS__

__Deanna Marie Stinson__

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that __Deanna Marie Stinson__, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the __11th__ Circuit from __Compassionate Release__
(the final judgment) (from an

__Reduction in Sentence__ entered in this action on the __5th__ day of
order (describing it))

__April__, 2023.

(s) __[signature]__
Address: __Tallahassee FCI #66358-509__
__PO Box 5000__
__Tallahassee, FL 32314__

Attorney for _____

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
1/99

13

Tallahassee, FL
DeAnna Stinson #W358-509
PO Box 5000
Tallahassee, FL 32314

SCREENED By USMS

United States District Court
Middle District of Florida
Office of the Clerk
United States Courthouse
801 North Florida Avenue
2nd Floor
Tampa, Florida 33602

