Tallahassee FCI
Deanna M. Stinson #66358-509
PO Box 5000
Tallahassee, FL 32314

TALLAHASSEE FL 323
4 MAY 2023 PM 3 L

United States District Court
for Middle District of Florida
Tampa Division
801 North Florida Avenue, 2nd Floor
Tampa, FL 33602

SCREENED
By USMS