**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---:|
| Elizabeth M. Warren | Kristin Esposito |
| Clerk of Court | Tampa Division Manager |

**DATE:** June 5, 2023

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA

v.                                                                                  Case No.: 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON

U.S.C.A. Case No.:       23-11282-C

- Record as Requested:

    1    Expandable of Sealed Pleadings

ELIZABETH M. WARREN, CLERK

By:     s/C. Roberts, Deputy Clerk