UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:21-cr-343-SDM-AAS

DE ANNA MARIE STINSON

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Lisa M. Thelwell.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Abigail K. King*
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Abigail.King@usdoj.gov

U.S. v. De Anna Marie Stinson              Case No. 8:21-cr-343-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and that a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

De Anna Marie Stinson
Reg. No. 66358-509
FCI Tallahassee
Federal Correctional Institution
P.O. Box 5000
Tallahassee, Florida 32314

                                                         /s/ *Abigail K. King*
Abigail K. King
Assistant United States Attorney
Florida Bar No. 294963
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Abigail.King@usdoj.gov